IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JEFFREY CRENSHAW, Individually and on
Behalf of All Others Similarly Situated,
                Plaintiff,

-vs-                                            Case No. A-17-CA-926-SS

XTREME CUISINE III, LLC d/b/a Piranha Killer
Sushi,
                Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Joint Stipulation of Dismissal [#40] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

        IT IS ORDERED that the Joint Stipulation of Dismissal [#40] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

        IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 5th day of June 2019.

                                                    Sam Sparks
                                                    UNITED STATES DISTRICT JUDGE